NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LMK TECHNOLOGIES, LLC,**
*Appellant*

**v.**

**BLD SERVICES, LLC,**
*Appellee*

---

2016-1636, 2016-1637, 2016-1638

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00768, IPR2014-00770, IPR2014-00772.

---

**JUDGMENT**

---

JEFFREY HARTY, Nyemaster Goode PC, Des Moines, IA, argued for appellant. Also represented by CHRISTOPHER LEWIS MCKEE, CRAIG WILLIAM KRONENTHAL, Banner & Witcoff, Ltd., Washington, DC.

SCOTT A. M. CHAMBERS, Porzio, Bromberg & Newman, P.C., Washington, DC, argued for appellee. Also represented by KEVIN M. BELL, RICHARD J. OPARIL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


February 13, 2017      /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
     Clerk of Court